Linnie Lindsay, appellee, v. Railway Men's International Benevolent Industrial Association, appellant. Gen. No. 24,746.

Action by widow of deceased member of fraternal benefit society to recover funeral benefits. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph Z. Uhlir, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

William A. Macintyre and James E. White, for appellant. Albert B. George, for appellee.

Mr. Justice Barnes delivered the opinion of the court.